UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD SHEVTSOV,<br><br>Defendant. | 2:22-mc-00183-WBS-KJN<br><br>ORDER |

On November 7, 2023 the magistrate judge filed findings and recommendations (ECF No. 12), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 12) are ADOPTED IN FULL;

    2. The United States' Request for Findings and Recommendations for Final Order of

1

Continuing Garnishment, ECF No. 11, is GRANTED in its entirety;

3. Wells Fargo Bank, N.A. is directed to pay the Clerk of the United States District Court all of the funds in the accounts held by Garnishee in which Debtor has an interest within fifteen (15) days of the filing of the Final Order.

4. Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:11-CR-00210-DAD) shall be stated on the payment instrument;

5. The United States is entitled to recover a $17,411.67 litigation surcharge after satisfaction of the judgment amount owed by Edward Shevtsov. Garnishee shall pay the litigation surcharge to the United States Department of Justice, who will provide payment instructions to the garnishee concurrently with service of the final order;

6. The court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

7. The garnishment shall terminate when the payment is deposited with the Clerk of the Court.

Dated: February 9, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE